UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTOPHER ROBERT NOLAND,<br><br>　　　　　　　Plaintiff,<br>　v.<br><br>AFFIRM HOLDINGS, INC.,<br><br>　　　　　　　Defendant. | CASE NO. 2:25-cv-01012-LK<br><br>ORDER OF DISMISSAL |

Pursuant to the parties' stipulated motion to dismiss, Dkt. No. 12, this action is dismissed with prejudice and without costs or fees to either party. Fed. R. Civ. P. 41(a)(1)(A)(ii). Plaintiff's motion to remand is denied as moot. Dkt. No. 5.

The Clerk is directed to terminate this case.

Dated this 6th day of June, 2025.

*Lauren King*
_____
Lauren King
United States District Judge

ORDER OF DISMISSAL - 1